IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      Plaintiff

vs.                                         Civil No. 4:13-cv-158

ANY AND ALL FUNDS
CONTAINED IN CNL BANK
ACCOUNT NUMBER 1020403,
IN THE NAME OF LEE MAHER

      Defendant
_____/

## MOTION TO SEAL AFFIDAVIT

      COMES NOW Plaintiff, the United States of America, by and through Robert D. Stinson, Assistant United States Attorney, and files this Motion to Seal the Affidavit and states as follows:

      1. The United States of America is filing a Verified Complaint for Forfeiture in Rem against any and all funds contained in CNL Bank account number 1020403, in the name of Lee Maher.

      2. In order to file the Verified Complaint for Forfeiture in Rem, an affidavit must be attached to the Complaint.

      3. The affidavit reveals information about an ongoing criminal investigation, and revealing this information would compromise the investigation

      4. The United States of America requests that the affidavit be sealed pending the conclusion of the criminal investigation.

WHEREFORE, the USA respectfully requests that the affidavit attached to the Verified Complaint for Forfeiture in Rem be sealed until conclusion of the criminal investigation.

Dated this 27th day of March, 2013.

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

*/s/ Robert D. Stinson*
ROBERT D. STINSON
Assistant United States Attorney
Florida Bar No. 319406
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2013, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/ Robert D. Stinson*
ROBERT D. STINSON
Assistant United States Attorney