IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO.  4:13-cv-158-MW/CAS

ANY AND ALL FUNDS CONTAINED
IN CNL BANK ACCOUNT NUMBER
1020403, IN THE NAME OF LEE MAHER,

    Defendant.

_____

## ORDER GRANTING MOTION TO SEAL AFFIDAVIT

The Court has considered, without hearing, the Motion to Seal Affidavit, ECF No. 3, filed March 27, 2013, by the Plaintiff.  The Court **GRANTS** the motion.  The Clerk is instructed to seal the Affidavit attached to the Verified Complaint for Forfeiture in Rem at the time of filing.  The Affidavit shall remain sealed pending the conclusion of the criminal investigation or until further order of the Court.

SO ORDERED on April 5, 2013.

                                              s/Mark E. Walker_____
                                              United States District Judge