UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLEHASSEE DIVISION

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,                  )
                                )
v.                              )    CASE NO.:   4:13-CV-00158
                                )
ANY AND ALL FUNDS CONTAINED     )
IN CNL BANK ACCOUNT NUMBER      )
1020403, IN THE NAME OF LEE MAHER)
                                )
    Defendant.                  )
_____)

## CONSENT TO FORFEITURE

COMES NOW, Lee Maher, the owner of record of the assets herein listed, and hereby consents to the forfeiture.

Respectfully submitted this 20th day of May, 2013.

_____
Lee Maher


s/A. Brian Phillips_____
**A. BRIAN PHILLIPS, ESQ.**
Florida Bar No: 0067113
**A. BRIAN PHILLIPS, P.A.**
912 Highland Avenue
Orlando, Florida 32803
Telephone: (407) 872-0777
Facsimile:  (407) 872-0704
Counsel for Maher

s/Robert D. Stinson_____
**ROBERT D. STINSON, ESQ.**
Florida Bar No: 0319406
**U.S. ATTORNEY'S OFFICE**
111 N. Adams Street, Floor 4
Tallahassee, Florida 32301
Telephone: (850) 942-8430
Facsimile:  (904) 942-8842

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that all parties requesting notice of service of documents in this action are equipped to receive said notice through the CM/ECF system.

s/ A. Brian Phillips
A. Brian Phillips, Esq.